**DISMISS and Opinion Filed February 7, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-22-00725-CV
_____

**CHRISTOPHER YEAGER, Appellant**

**V.**

**AUDREY ATKINS, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-22-00221**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated January 3, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE


220725F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHRISTOPHER YEAGER,
Appellant

No. 05-22-00725-CV          V.

AUDREY ATKINS, Appellee

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. CV-22-00221.
Opinion delivered by Justice Garcia.
Justices Reichek and Nowell
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 7, 2023